# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

June 2, 2020

**BY ECF**

MEMO ENDORSED

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Angel Figueroa**
      **19 CR. 292 (LAK)**

Dear Judge Kaplan:

We write in response to the Court's May 28, 2020 Order, directing counsel to indicate how Mr. Figueroa wishes to proceed with his sentencing hearing. Mr. Figueroa would like to proceed with his sentencing hearing in the early fall when there is a greater likelihood that he can participate in person. Furthermore, we request that the Court schedule a deadline for any supplemental sentencing submissions two weeks before the sentencing hearing.

Respectfully submitted,
/s/
Zawadi Baharanyi
Annalisa Miron
Peggy Cross-Goldenberg
Assistant Federal Defenders
212-417-8735(o)/917-612-2753(c)

*Sentencing adjourned to 9/28/2020 at 10 a.m. Papers shall be filed no later than 9/12/2020.*

/s/ Kaplan
USDJ
6/3/2020

cc: AUSA Elizabeth Espinosa (by ECF)