# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

MEMO ENDORSED

Jennifer L. Brown
*Attorney-in-Charge*

February 28, 2025

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-25

**BY ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Angel Figueroa</u>, 19 Cr. 292 (LAK)

Dear Judge Kaplan,

    I write with the consent of the government and probation to request a three-month adjournment of the conference in the above-referenced case.

    The Court has scheduled a conference on Tuesday March 4 regarding specifications alleging violations of Mr. Figueroa's supervised release. Mr. Figueroa's next court appearance in state court, on the case that underlies some of those specifications, is scheduled for March 18. Mr. Figueroa has been in custody as a result of that state case since July, 2024. Currently, it appears he is housed in a medical unit. Given the status of his state case and his medical condition, the parties request a three-month adjournment of the March 4 conference.

    Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ Peggy Cross-Goldenberg
Peggy Cross-Goldenberg
Supervising Trial Attorney
Federal Defenders of New York
(212) 417-8732

cc:   AUSA Elizabeth Espinoza (via email and ECF)
     USPO Maritza Almonte (via email and ECF)

*[Handwritten endorsement:]* Conf. adjourned until 6/11/25 at 10 am

LEWIS A. KAPLAN, USDJ
3/3/25